# EXHIBIT A



chris mcphee

## Notice of Cybersecurity Incident
1 message

**Prosper** <noreply@info.prosper.com>  
Reply-To: privacy@prosper.com

Wed, Sep 17, 2025 at 4:22 PM



Dear Christopher,

At Prosper, our values are very important to us and we prioritize accountability and integrity in all our actions. As part of that commitment, today I need to share important news with you that has just become public, but I wanted you to hear it directly from me.

We recently discovered unauthorized activity on our systems. As soon as we detected this, we acted quickly to stop the activity and strengthen our security measures, and began working with a leading cybersecurity firm to investigate what happened. We also reported the incident to law enforcement and have offered our full cooperation.

There is no evidence of unauthorized access to customer accounts and funds, and our customer-facing operations continue uninterrupted. We have evidence that certain personal information, including Social Security Numbers, was obtained, and we will be offering free credit monitoring as appropriate after we determine what data was affected. Additionally, we continuously monitor accounts and have strong safeguards in place to protect your funds.

We have a variety of measures and technologies to prevent these types of incidents, but unfortunately, these types of attacks are becoming more common across many industries. We are enhancing our monitoring of our systems and have implemented enhanced security controls to reduce the likelihood that this happens again in the future.

The investigation is still in its very early stages, and we are deeply sorry for any concern this may create. Resolving this incident and protecting your data are our top priorities, and we are committed to addressing your questions as best as we can.

If you have questions about this matter, please contact the Prosper Incident Response Line at 833-918-9464. It is open from 8 a.m. to 5 p.m. CT Monday through Friday, excluding major U.S. holidays.

Thank you for trusting us. We take that responsibility seriously, and we are determined to earn and keep that trust every day.

With appreciation,

David Kimball, CEO

Please do not reply to this email. It was sent from an unattended mailbox.

This message was sent from Prosper based on your communication preferences. Note that receipt of some Prosper messages is required.

[Privacy policy](#)

Prosper Funding, LLC

221 Main Street, Suite 300, San Francisco, CA 94105

Copyright © 2005-2025 Prosper Funding LLC. All rights reserved.

