STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

*Attorneys for Plaintiff Jhonny Blandino Soto*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE PROSPER FUNDING, LLC DATA BREACH LITIGATION*<br><br>This Document Relates To: All actions. | Lead Case No. 3:25-cv-07947-CRB<br><br>**PLAINTIFF JHONNY BLANDINO SOTO'S SUBMISSION IN SUPPORT OF APPLICATION OF THOMAS E. LOESER OF COTCHETT, PITRE & MCCARTHY, LLC FOR APPOINTMENT AS INTERIM CLASS COUNSEL** |

Jhonny Blandino Soto ("Blandino Soto"), plaintiff in *Jhonny Blandino Soto v. Prosper Funding, LLC, and Prosper Marketplace, Inc.*, Case No. 3:25-cv-10199-LB, files this submission, pursuant to the Court's entry of the stipulated order consolidating cases, ECF 30, in support of the Application of Thomas E. Loeser of Cotchett, Pitre & McCarthy, LLC ("CPM"), for Appointment as Interim Class Counsel (the "Loeser Application"). ECF 39.

Plaintiff Blandino Soto supports the early appointment of interim class counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure as being in the best interests of all class members and promoting the effective litigation of this matter. *See* MANUAL FOR COMPLEX LITIG. (FOURTH) § 22.62 (2005) ("[e]arly organization of the counsel who have filed the various cases transferred or consolidated for pretrial purposes is a critical case-management task").

Plaintiff Blandino Soto further supports the Loeser Application and the appointment of Tom Loeser as interim class counsel for this data breach class action. Rule 23(g) of the Federal Rules of Civil Procedure instructs courts to consider several factors when selecting interim class counsel,: (1) the work counsel has done in identifying or investigating potential claims in the action; (2) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (3) counsel's knowledge of the applicable law; and (4) the resources counsel will commit to representing the class. Upon consideration of each of these factors and especially their background respecting data security, Plaintiff Blandino Soto believes that Mr. Loeser and CPM are the well suited for appointment as Interim Class Counsel.

The first factor is neutral as each plaintiff in this action filed their cases after the data breach at Prosper Funding, LLC was publicly disclosed.

The second and third factors also support the appointment of Mr. Loeser and CPM as interim class counsel. Blandino Soto's undersigned counsel, Barrack Rodos & Bacine ("BRB"), have worked on similar data breach and complex class actions with Mr. Loeser and CPM, and can attest to their professionalism, expertise, history of leadership in complex class actions, including in class actions arising from data breaches, and the vigor and efficiency with which they litigate their cases.

Finally, as exemplified in the Loeser Application, with respect to the fourth factor, Mr. Loeser and

Plaintiff Jhonny Blandino Soto's Submission in Support of Application of Thomas E. Loeser of Cotchett, Pitre & McCarthy, LLC for Appointment as Interim Class Counsel

CPM have amply demonstrated their ability and willingness to devote the resources necessary to effectively litigate complex class actions such as the immediate action to a successful resolution for the benefit of the class.

For these reasons, Blandino Soto supports the Loeser Application.

DATED: December 15, 2025

Respectfully submitted,

BARRACK, RODOS & BACINE

*/s/ SAMUEL M. WARD*
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA  92101
sbasser@barrack.com
sward@barrack.com
Telephone: (619) 230-0800
Facsimile:  (619) 230-1874

*Attorneys for Plaintiff Jhonny Blandino Soto*