**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE: PROSPER FUNDING, LLC DATA BREACH LITIGATION* | LEAD CASE NO. 3:25-cv-07947-CRB |
| This Document Relates To: All Actions | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF JANICE ELLIOT'S ADMINISTRATIVE MOTION TO RELATE ACTION TO CONSOLIDATED ACTION** |
| JANICE ELLIOT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PROSPER FUNDING, LLC, and PROSPER MARKETPLACE, INC., Defendants. | CASE NO. 3:25-cv-10589-SK |

Before the Court is Plaintiff Janice Elliot's Administrative Motion to Relate Plaintiff Janice Elliot's Action to Consolidated Action, filed pursuant to Civil Local Rules 3-12, 7-11 and ECF 30. The Court determines that:

1.    The Elliot action concerns substantially the same parties, transactions, and events as the consolidated action *IN RE PROSPER FUNDING, LLC DATA BREACH LITIGATION*, Lead Case No. 3:25-cv-07947-CRB; and

2.    Relating and consolidating the actions will promote judicial economy and avoid duplicative litigation and the risk of inconsistent rulings.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.    Plaintiff Janice Elliot's Administrative Motion to Relate Action to the Consolidated Action is GRANTED.

2.    The action titled *Elliot v. Prosper Funding, LLC, et al.*, Case No. 3:25-cv-10589-SK, is related to and consolidated with *IN RE PROSPER FUNDING, LLC DATA BREACH LITIGATION*, Lead Case No. 3:25-cv-07947-CRB, for pretrial purposes pursuant to Civil Local Rule 3-12 and the Court's Order Relating and Consolidating Actions (ECF 30).

3.    All future filings in the *Elliot* action shall be filed in the Lead Case, 3:25-cv-07947-CRB, in accordance with the Court's consolidation orders and applicable Local Rules.

**IT IS SO ORDERED**.

Dated: February __5___, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 1 -