UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: PROSPER FUNDING, LLC DATA BREACH LITIGAITON

This Document Relates To: All Actions

Case No. 3:25-cv-07947-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Kate M. Baxter-Kauf, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Sabrina MacDonald in the above-entitled action. My local co-counsel in this case is Gayle Blatt, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 122048.

100 Washington Ave S, Suite 2200, Minneapolis, MN 55401

MY ADDRESS OF RECORD

612-339-6900

MY TELEPHONE # OF RECORD

kmbaxter-kauf@locklaw.com

MY EMAIL ADDRESS OF RECORD

110 Laurel Street, San Diego, CA 92101

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

619-238-1811

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gmb@cglaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 392037.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/12/2026

Kate M. Baxter-Kauf
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kate M. Baxter-Kauf is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 12, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2