ALI ABUGHEIDA (STATE BAR NO. 285284)
aabugheida@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:      +1 415 773 5700
Facsimile:      +1 415 773 5759

*Attorney for Defendant*
*Prosper Funding LLC and*
*Prosper Marketplace, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PROSPER FUNDING LLC DATA BREACH LITIGATION | Case No. 3:25-cv-07947-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS TO RESPOND** |

JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT
3:25-cv-07947-CRB

Plaintiffs and Defendants Prosper Funding LLC and Prosper Marketplace, Inc. ("Prosper") (collectively the "Parties") by and through their counsel of record, hereby stipulate and agree, subject to approval of the Court, as follows:

WHEREAS, on March 30, 2026, Plaintiffs filed a Consolidated Class Action Complaint against Prosper in the U.S. District Court for the Northern District of California (Dkt. No. 95);

WHEREAS, pursuant to the Court's December 17, 2025 Order (Dkt. No. 61), Prosper has 60 days to respond to the Consolidated Class Action Complaint;

WHEREAS, on April 6, 2026, counsel for Plaintiffs emailed counsel for Prosper attaching a notice letter pursuant to the Massachusetts Consumer Protection Act (Mass. Gen. Laws Ann. Ch. 93A, §§ 1, *et seq.*) (the "Massachusetts Notice Letter");

WHEREAS, the April 6, 2026 correspondence also informed Prosper that, once the notice period for any applicable Massachusetts Consumer Protection Act claim had passed, counsel for Plaintiffs intended to amend their Consolidated Class Action Complaint to include additional allegations relating to notice;

WHEREAS, the 30-day notice period under the Massachusetts Consumer Protection Act expires on May 6, 2026;

WHEREAS, the Parties have conferred with respect to Plaintiffs' anticipated Amended Consolidated Class Action Complaint and, without waiving any rights, objections, or defenses (including jurisdictional challenges), Prosper is willing to stipulate to the filing of an Amended Consolidated Class Action Complaint that includes additional allegations relating to the Massachusetts Notice Letter provided Prosper's time to respond to the Amended Consolidated Class Action Complaint is at least 60 days after the filing of the Amended Consolidated Class Action Complaint;

WHEREAS, Prosper reserves all rights with respect to Plaintiffs' claims, allegations, and Amended Consolidated Class Action Complaint, including all defenses it may have thereto;

NOW, THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Plaintiffs shall be permitted to file an Amended Consolidated Class Action Complaint after the

30-day notice period under the Massachusetts Consumer Protection Act expires on May 6, 2026, and further that Prosper shall have 60 days after the filing of the Amended Consolidated Class Action Complaint to answer or otherwise respond to the Amended Consolidated Class Action Complaint. After Prosper answers or otherwise responds to the Amended Consolidated Class Action Complaint, the Parties will propose a schedule for any opposition and reply briefing.

Respectfully Submitted,

DATED: May 11, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____ */s/ Ali Abugheida* _____
ALI ABUGHEIDA

*Attorney for Defendants*
*Prosper Funding, LLC and*
*Prosper Marketplace, Inc.*

DATED: May 11, 2026

HAUSFELD LLP

By: _____ */s/ David Berger* _____
DAVID BERGER

*Attorney for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT
3:25-cv-07947-CRB

## <u>CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION</u>

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  May 11, 2026                         By: */s/ Ali Abugheida*
                                                                  Ali Abugheida

**[~~PROPOSED~~] ORDER**

Having reviewed and considered the Joint Stipulation submitted by the Parties to grant leave to file an Amended Consolidated Class Action Complaint and to extend Defendants Prosper Funding LLC and Prosper Marketplace, Inc.'s deadline to respond, and for good cause shown, the Court hereby Orders as follows:

1.      An Amended Consolidated Class Action Complaint may be filed after May 6, 2026;

2.      Any response to the Amended Consolidated Class Action Complaint shall be due 60 days after the filing of the Amended Consolidated Class Action Complaint.  All existing response deadlines are vacated.

3.      In the event Defendants file a motion to dismiss or other motion challenging the Amended Consolidated Class Action Complaint, Plaintiffs and Defendants will, within ten (10) days of such filing, submit to the Court a proposed schedule for any opposition and reply briefs.

**IT IS SO ORDERED.**

Dated:     May 12, 2026

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE