ARAVIND SWAMINATHAN (admitted *pro hac vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street
Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

ALI ABUGHEIDA (SBN 285284)
aabugheida@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

AMISHA R. PATEL (admitted *pro hac vice*)
apatel@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Boston, Massachusetts 02116
Telephone: +1 202 339 8457
Facsimile: +1 617 880 1801

*Attorneys for Defendants Prosper Funding, LLC and Prosper Marketplace, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: PROSPER FUNDING, LLC DATA BREACH LITIGATION*<br><br>This Document Relates To: All Parties | Lead Case No. 3:25-cv-07947-CRB<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [L.R. 6-1(b)]**<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION**

Pursuant to Civil Local Rule 6-1(b), Plaintiffs and Defendants Prosper Funding LLC and Prosper Marketplace, Inc. ("Prosper") (collectively the "Parties") by and through their counsel of record, hereby stipulate and agree, subject to approval of the Court, as follows:

WHEREAS, on March 30, 2026, Plaintiffs filed a Consolidated Class Action Complaint against Prosper in the U.S. District Court for the Northern District of California (Dkt. No. 95);

WHEREAS, on May 11, 2026, the Parties submitted a Joint Stipulation and Proposed Order permitting Plaintiffs to file an Amended Consolidated Class Action Complaint and providing Prosper with 60 days to respond (Dkt. No. 99);

WHEREAS, on May 12, 2026, the Court entered the Parties' Joint Stipulation and Proposed Order allowing Plaintiffs to file an Amended Consolidated Class Action Complaint after May 6, 2026, and requiring Prosper to answer or otherwise respond 60 days after the filing of said Amended Consolidated Class Action Complaint (Dkt. No. 101);

WHEREAS, on May 29, 2026, Plaintiffs filed an Amended Consolidated Class Action Complaint against Prosper in the U.S. District Court for the Northern District of California (Dkt. No. 103);

WHEREAS, pursuant to the Court's May 12, 2026 Order (Dkt. No. 101), Prosper's current deadline to answer or otherwise respond to the Amended Consolidated Class Action Complaint is July 28, 2026;

WHEREAS, Prosper has been investigating Plaintiffs' claims, and counsel for the Parties have been conferring and informally exchanging information in advance of Prosper's responsive pleading deadline, and the Parties discussions are ongoing;

WHEREAS, the Parties seek additional time to continue investigate Plaintiffs' claims and informally exchange information and for the Parties to explore the potential for resolution;

WHEREAS, Prosper reserves all rights with respect to Plaintiffs' claims, allegations, and the Amended Consolidated Class Action Complaint, including all defenses (and jurisdictional challenges) it may have thereto;

NOW, THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Prosper's deadline to answer or otherwise respond to the Amended Consolidated Class Action Complaint shall be extended by 45 days, to September 11, 2026. After Prosper answers or otherwise responds to the Amended Consolidated Class Action Complaint, the Parties will propose a schedule for any opposition and reply briefing

**IT IS SO STIPULATED AND AGREED.**

Dated: July 14, 2026

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: *Ali Abugheida*

ALI ABUGHEIDA (SBN 285284)

*Attorney for Defendants Prosper Funding, LLC and Prosper Marketplace, Inc.*

Dated: July 14, 2026

**HAUSFELD LLP**

By: *David M. Berger*

David M. Berger (SBN 277526)

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: July 14, 2026

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: *Ali Abugheida*
ALI ABUGHEIDA

*Attorney for Defendants Prosper Funding, LLC and Prosper Marketplace, Inc.*

**[~~PROPOSED~~] ORDER**

Having reviewed and considered the Joint Stipulation submitted by the Parties to grant leave to extend Defendants Prosper Funding LLC and Prosper Marketplace, Inc.'s deadline to respond to the Amended Consolidated Class Action Complaint, and for good cause shown, the Court hereby Orders as follows:

1. Any response to the Amended Consolidated Class Action Complaint shall be due on September 11, 2026. All existing response deadlines are vacated.

2. In the event Defendants file a motion to dismiss or other motion challenging the Amended Consolidated Class Action Complaint, Plaintiffs and Defendants will, within ten (10) days of such filing, submit to the Court a proposed schedule for any opposition and reply briefs.

**IT IS SO ORDERED.**

Dated: July 15, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT