ALI ABUGHEIDA (STATE BAR NO. 285284)
aabugheida@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street
Suite 3300
Seattle, WA 98101
Telephone: +1 206 439 4300
Facsimile: +1 206 839 4301

Amisha R. Patel (*Pro Hac Vice*)
apatel@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA 02116
Telephone: +1 202 339 8457
Facsimile: +1 617 880 1801

*Attorneys for Defendants Prosper Funding, LLC and Prosper Marketplace, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: PROSPER FUNDING, LLC DATA BREACH LITIGATION<br><br>This Document Relates To: All Parties | Lead Case No. 3:25-cv-07947-CRB<br><br>**STIPULATION ~~TO STAY PROCEEDINGS; [PROPOSED]~~ ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>[Declaration of Ali Abugheida filed concurrently herewith] |

**STIPULATION**

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs and Defendants Prosper Funding LLC and Prosper Marketplace, Inc. ("Prosper") (collectively the "Parties") by and through their counsel of record, hereby stipulate and agree, subject to approval of the Court, as follows:

WHEREAS, on March 30, 2026, Plaintiffs filed a Consolidated Class Action Complaint against Prosper in the U.S. District Court for the Northern District of California (Dkt. No. 95);

WHEREAS, on May 11, 2026, the Parties submitted a Joint Stipulation and Proposed Order permitting Plaintiffs to file an Amended Consolidated Class Action Complaint and providing Prosper with 60 days to respond (Dkt. No. 99);

WHEREAS, on May 12, 2026, the Court entered the Parties' Joint Stipulation and Proposed Order allowing Plaintiffs to file an Amended Consolidated Class Action Complaint after May 6, 2026, and requiring Prosper to answer or otherwise respond 60 days after the filing of said Amended Consolidated Class Action Complaint (Dkt. No. 101);

WHEREAS, on May 29, 2026, Plaintiffs filed an Amended Consolidated Class Action Complaint against Prosper in the U.S. District Court for the Northern District of California (Dkt. No. 103);

WHEREAS, on July 14, 2026, the Parties submitted a Joint Stipulation and Proposed Order to extend the time for Prosper to respond to the Amended Consolidated Class Action Complaint by 45 days, to September 11, 2026 (Dkt. No. 106);

WHEREAS, on July 15, 2026, the Court entered the Parties' Joint Stipulation and Proposed Order extending Prosper's time to respond to the Amended Consolidated Class Action Complaint by 45 days, to September 11, 2026 (Dkt. No. 107);

WHEREAS, the Parties have agreed to engage a mediator in an attempt to resolve this action, *see* Declaration of Ali Abugheida ("Abugheida Decl.") ¶ 6;

WHEREAS, the Parties have agreed to mediate before Robert Meyer, Esq. and are currently conferring regarding the scheduling of the mediation, which the Parties anticipate taking place in late 2026 or early 2027 depending on Party and mediator availability, *see id.*;

WHEREAS, the Parties believe a temporary stay of proceedings will promote judicial

economy, conserve the resources of the Court and the Parties, and facilitate the Parties' good-faith efforts to resolve this Action through mediation, *see* Abugheida Decl. ¶ 7;

WHEREAS, the Parties request that the Court stay all proceedings in this Action, including but not limited to Defendants' responsive pleading deadline (September 11, 2026), pending the outcome of the Parties' mediation, *see* Abugheida Decl. ¶ 8; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties through their undersigned counsel, subject to Court approval, that:

1. All proceedings in this Action are stayed pending the Parties' forthcoming mediation.
2. All deadlines, including Defendants' responsive pleading, are stayed and continued pending further order of the Court.
3. The Parties shall file a joint status report no later than 14 days after the conclusion of mediation, advising the Court of the status of the mediation process and whether a continuation of the stay is needed.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

Dated: August 26, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *\/s/ Ali M. Abugheida*

ALI M. ABUGHEIDA (SBN 285284)

*Attorney for Defendants*
*Prosper Funding, LLC and Prosper Marketplace, Inc.*

Dated: August 26, 2026

GIBBS MURA LLP

By: */s/ David M. Berger*

DAVID M. BERGER (SBN 277526)

*Co-Lead Counsel for Plaintiffs*

Dated: August 26, 2026

HAUSFELD LLP

By: */s/ James J. Pizziruso*

JAMES J. PIZZIRUSSO (admitted *pro hac vice*)

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: August 26, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *_________/s/ Ali M. Abugheida_________*

ALI M. ABUGHEIDA (SBN 285284)

*Attorney for Defendants*
*Prosper Funding, LLC and Prosper Marketplace, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

Dated: August 26, 2026

*/s/ Ali M. Abugheida*
ALI M. ABUGHEIDA

**[PROPOSED] ORDER**

Having reviewed and considered the Joint Stipulation submitted by the Parties to stay proceedings pending the resolution of mediation, and for good cause shown, the Court hereby Orders as follows:

1. All proceedings in this Action are stayed pending the Parties' forthcoming mediation.
2. All deadlines, including Defendants' responsive pleading, are stayed and continued pending further order of the Court.
3. The Parties shall file a joint status report no later than 14 days after the conclusion of mediation, advising the Court of the status of the mediation process and whether a continuation of the stay is proper.

**IT IS SO ORDERED.**

Dated: August 27, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT